**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | | |
|---|---|---|
| NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC., | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2020-1321 |
| SECRETARY OF VETERANS AFFAIRS, | ) | |
| Respondent. | ) | |

**NOTICE OF FILING OF INDEX OF RECORD**

Pursuant to Federal Circuit Rule 17(b)(3), respondent, the Secretary of Veterans Affairs, respectfully files the attached index of documents relating to revisions by the Department of Veterans Affairs (VA) to two sections of the Adjudication Procedures Manual M21-1 (M-21 Manual): (i) section III.iv.4.A.6.a ("Evaluations for Knee Replacement"), which was revised on November 21, 2016; and (ii) section III.iv.4.A.6.d ("Handling Joint Stability Findings") which was revised on April 13, 2018.

Although Federal Circuit Rule 17(b)(3) refers to "rulemaking," the filing of this index should not be interpreted as an admission by the Secretary that these two provisions of the M21-1 Manual constitute "rulemaking" within the meaning of 38 U.S.C. § 502.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Deputy Director

/s/ Isaac B. Rosenberg
ISAAC B. ROSENBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 507-6058
Fax: (202) 307-0972
Isaac.B.Rosenberg@usdoj.gov

Attorneys for Respondent

OF COUNSEL:

Y. KEN LEE
Deputy Chief Counsel

CHRISTOPHER O. ADELOYE
Staff Attorney
Department of Veterans Affairs
810 Vermont Avenue
Washington, DC 20420

February 26, 2020

**Exhibit A**

**Index Of Documents Relating To The Revisions Of**
**Sections iii.iv.4.A.6.a  and Section iii.iv.4.A.6.d Of**
**The Department of Veterans Affairs' Adjudication Procedures Manual M21-1**

1. M21-1 Manual, Part III, Subpart iv, Chapter 4, Section A, Topic 3, "Evaluating Musculoskeletal Disabilities of the Spine and Lower Extremities," dated September 23, 2016, outdated as of October 27, 2016.

2. Manual Change Request from Rod Grimm, dated August 29, 2016, pertaining to Section "III.iv.4.A."

3. M21-1 Manual, Part III, Subpart iv, Chapter 4, Section A, Topic 6, including in relevant part, Subtopic a, "Evaluations for Knee Replacement," Key Changes, dated November 21, 2016.

4. M21-1 Manual, Part III, Subpart iv, Chapter 4, Section A, Topic 4, "Evaluating Musculoskeletal Disabilities of the Spine and Lower Extremities," dated October 24, 2017, outdated as of April 13, 2018.

5. M21-1 Manual, Part III, Subpart iv, Chapter 4, Section A, Topic 6, including in relevant part, Subtopic a, "Handling Joint Stability Findings," Key Changes, dated April 13, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 26th day of February, 2020, I caused a copy of the foregoing "NOTICE OF FILING OF INDEX OF RECORD" to be filed electronically.

■ This filing was served electronically on all registered parties by operation of the Court's electronic filing system.

/s/ Isaac B. Rosenberg